Harold L. Stevens, Appellant, *v.* Village of Endicott, Respondent.

Argued October 5, 1942; decided October 29, 1942.

*Harry Kantor* for appellant.

*John D. O'Loughlin* for respondent.

Order affirmed; no opinion. (See 289 N. Y. 760.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.